UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY J. LEE,<br><br>    Petitioner,<br><br>    v.<br><br>JASON BENNETT,<br><br>    Respondent. | CASE NO. 3:24-cv-05523-JNW-SKV<br><br>ORDER DISMISSING CASE |

Petitioner Larry Lee has not complied with the Court's Order to Show Cause, which allowed him to cure by November 8, 2024, the deficiencies the Court had previously identified in his Petition. *See* Dkt. No. 13. Accordingly, the Petition and this matter are DISMISSED without prejudice. All pending motions, including Dkt. No. 15, are DENIED as MOOT.

Dated this 14th day of February, 2025.

Jamal N. Whitehead
United States District Judge

ORDER DISMISSING CASE - 1